UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANJAY TRIPATHY,<br><br>                              Plaintiff,<br><br>             -against-<br><br>THE CITY OF NEW YORK (Represented by Mayor Bill De Blasio), et al.,<br><br>                              Defendants. | 1:20-CV-1646 (LLS)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued June 30, 2020, dismissing this action,

   IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 for injunctive relief under the *Younger* abstention doctrine. The Court dismisses the remainder of Plaintiff's claims under § 1983 for failure to state a claim on which relief may be granted and for seeking monetary relief from defendants that are immune from such relief. 28 U.S.C. § 1915A(b)(1), (2). The Court declines to consider Plaintiff's claims under state law under the Court's supplemental jurisdiction. 28 U.S.C. § 1367(c)(3).

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 30, 2020
         New York, New York

                                                            *Louis L. Stanton*
                                                    _____
                                                              Louis L. Stanton
                                                                  U.S.D.J.